# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lehrburger, Robert W. | United States District Court, Southern District of New York | 05/20/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2016<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust ( ) #1 |
| 2. | Trustee | Family Trust ( ) #2 |
| 3. | Trustee | Farmily Trust ( ) #3 |
| 4. | Trustee | Family Trust ( ) #4 (This trust is unfunded and has no reportable assets; its only asset is term life insurance). |
| 5. | Member (as of 2017) | Scarsdale Village Board of Ethics |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015-17 | 401K and two Defined Benefit plans administered by Patterson Belknap Webb & Tyler LLP, my former law firm. All funds therein were Vanguard funds (see PartVII). |
| 2. 2015-17 | Cash Balance retirement plan administered by Patterson Belknap Webb & Tyler LLP, my former law firm. I had no involvement in selection of investment assets. |
| 3. 2015-17 | Partnership Agreement as partner of now former law firm Patterson Belknap Webb & Tyler LLP, my former law firm. |
| 4. 2015-17 | Partnership Agreement as partner in family-owned and run partnership to manage mineral interests. |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/20/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2015-17 | Self-employment income as law firm partner with Patterson Belknap Webb & Tyler LLP (ended as of 10/29/17) (income figure is approximate) | $2,750,000.00 |
| 2. 2016 | Income as co-executor of deceased ▮▮▮ estate | $237,333.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015-17 | Self-employment income as financial services consulting partner with ▮▮▮▮▮▮▮ ) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    FAMILYTRUST (    ) #1 (H) | | | | | | | | | |
| 2.   - Fidelity Cash Fund (X) | A | Int./Div. | L | T | Exempt | | | | |
| 3.   - Fidelity Balanced Fund (X) | E | Int./Div. | M | T | Exempt | | | | |
| 4.   - Fidelity NY AMT Tax-Free Money Market Fund (X) | D | Int./Div. | N | T | Exempt | | | | |
| 5.   - Fidelity Limited Term Muni Income Fund (X) | C | Int./Div. | M | T | Exempt | | | | |
| 6.   - Mineral royalty interests, Texas (X) | G | Royalty | P1 | W | Exempt | | | | |
| 7. | | | | | | | | | |
| 8.    FAMILY TRUST    ) #2 (H) | | | | | | | | | |
| 9.   - Fidelity Government Money Market Fund (X) | A | Int./Div. | L | T | Exempt | | | | |
| 10.   - Fidelity NY Muni Money Market Fund (X) | B | Int./Div. | | T | Exempt | | | | |
| 11.   - Fidelity Four In One Index Fund (X) | E | Int./Div. | O | T | Exempt | | | | |
| 12.   - Fidelity NY AMT Tax Free Money Market Fund (X) | A | Int./Div. | N | T | Exempt | | | | |
| 13.   - Fidelity NY Muni Income Fund (X) | D | Int./Div. | M | T | Exempt | | | | |
| 14.   - Fidelity Government Income Fund (X) | B | Int./Div. | M | T | Exempt | | | | |
| 15.   - Ishares National Muni Bond Fund (X) | C | Int./Div. | M | T | Exempt | | | | |
| 16.   - Ishares Edge MSCI Min Vol USA ETF (X) | B | Int./Div. | L | T | Exempt | | | | |
| 17.   - Vanguard Whitehall FDS High Dividend Yield ETF SHS (X) | B | Int./Div. | L | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Mineral royalty interests, Texas (X) | G | Royalty | N | W | Exempt | | | | |
| 19. | | | | | | | | | |
| 20. FAMILYTRUST    ) #3 (H) | | | | | | | | | |
| 21. - Fidelity Government Money Market Fund (X) | A | Int./Div. | L | T | Exempt | | | | |
| 22. - Fidelity NY Muni Money Market Fund (X) | A | Int./Div. | | T | Exempt | | | | |
| 23. - Fidelity Four In One Index Fund (X) | E | Int./Div. | O | T | Exempt | | | | |
| 24. - Fideltity Government Income Fund (X) | B | Int./Div. | M | T | Exempt | | | | |
| 25. - Fidelity NY AMT Tax Free Money Market Fund (X) | B | Int./Div. | N | T | Exempt | | | | |
| 26. - Fidelity New York Muni Income Fund (X) | D | Int./Div. | M | T | Exempt | | | | |
| 27. - Ishares National Muni Fund (X) | C | Int./Div. | M | T | Exempt | | | | |
| 28. - I shares Edge MSCI Min Vol USA ETF (X) | B | Int./Div. | L | T | Exempt | | | | |
| 29. - Vanguard Whitehall FDS High Dividend Yield ETF (X) | B | Int./Div. | L | T | Exempt | | | | |
| 30. - Mineral royalty interests, Texas (X) | G | Royalty | N | W | Exempt | | | | |
| 31. | | | | | | | | | |
| 32. 529 PLANS #1&2 - NY(H) | | | | | | | | | |
| 33. - Moderate Age-Based Portfolio (X) | G | Int./Div. | O | T | Exempt | | | | |
| 34. 529 PLAN #3 - Nevada (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Vanguard Moderate Age-Based Option (X) | E | Int./Div. | M | T | Exempt | | | | |
| 36. | | | | | | | | | |
| 37.  401(k) PLAN (H) | | | | | | | | | |
| 38.  - Vanguard Growth and Income Fund Admiral Shares (X) | E | Int./Div. | M | T | Exempt | | | | |
| 39.  - Vanguard Institutional Index und Institutional Shares (X) | D | Int./Div. | N | T | Exempt | | | | |
| 40.  - Vanguard International Growth Fund Admiral Shares (X) | B | Int./Div. | L | T | Exempt | | | | |
| 41.  - Vanguard Morgan Growth Fund Admiral Shares (X) | E | Int./Div. | M | T | Exempt | | | | |
| 42.  - Vanguard Primecap Fund Admiral Shares (X) | E | Int./Div. | N | T | Exempt | | | | |
| 43.  - Vanguard Small-Cap Index Fund Instittutional Shares (X) | C | Int./Div. | L | T | Exempt | | | | |
| 44. | | | | | | | | | |
| 45.  DEFINED CONTRIBUTION PLANS (Secretarial and Non-Secretarial Staff) (H) | | | | | | | | | |
| 46.  - Vanguard Growth and Income Fund Admiral Shares (X) | E | Int./Div. | N | T | Exempt | | | | |
| 47.  - Vanguard Institutional Index Fund Institutional Shares (X) | E | Int./Div. | O | T | Exempt | | | | |
| 48.  - Vanguard International Growth Fund Admiral Shares (X) | B | Int./Div. | L | T | Exempt | | | | |
| 49.  - Vanguard Primecap Fund Admiral Shares (X) | E | Int./Div. | O | T | Exempt | | | | |
| 50. | | | | | | | | | |
| 51.  IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fidelity Four In One Index Fund (X) | B | Int./Div. | K | T | Exempt | | | | |
| 53. | | | | | | | | | |
| 54. 401(k) PLAN #2 (H) | | | | | | | | | |
| 55. - Vanguard Target 2015 (X) | A | Int./Div. | K | T | Exempt | | | | |
| 56. - Vanguard Target 2025 (X) | A | Int./Div. | L | T | Exempt | | | | |
| 57. - MIP II CL 3 (X) | A | Int./Div. | K | T | Exempt | | | | |
| 58. - Fidelity Blue Chip Group K (X) | E | Int./Div. | N | T | Exempt | | | | |
| 59. - Fidelity 500 Index IPR (X) | F | Int./Div. | | T | Exempt | | | | |
| 60. - Vanguard Primecap Core (X) | E | Int./Div. | N | T | Exempt | | | | |
| 61. | | | | | | | | | |
| 62. DEFINED BENEFIT PLANS (X) | C | Int./Div. | P1 | T | Exempt | | | | |
| 63. FIRM CAPITAL (X) | | None | N | U | Exempt | | | | |
| 64. | | | | | | | | | |
| 65. CASH BALANCE PLAN via Patterson Belknap Webb & Tyler LLP (X) | C | Interest | O | T | Exempt | | | | |
| 66. LAW FIRM CAPITAL from Patterson Belknap Webb & Tyler LLP (X) | | None | M | U | Exempt | | | | |
| 67. | | | | | | | | | |
| 68. CASH ACCOUNTS (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Citibank (X) | A | Int./Div. | O | T | Exempt | | | | |
| 70. - Bank of Texas (X) | A | Int./Div. | O | T | Exempt | | | | |
| 71. | | | | | | | | | |
| 72. MINERAL ROYALTY INTERESTS - Texas (X) | H1 | Royalty | P1 | W | Exempt | | | | |
| 73. | | | | | | | | | |
| 74. MUTUAL FUNDS (held by [ ] other than above) (H) | | | | | | | | | |
| 75. - Fidelity Government Money Market Fund (X) | C | Int./Div. | N | T | Exempt | | | | |
| 76. - Fidelity NY AMT Tax Free Money Market Fund (X) | D | Int./Div. | P1 | T | Exempt | | | | |
| 77. - Fidelity NY Muni Money Market Fund (X) | A | Int./Div. | | T | Exempt | | | | |
| 78. - FIMM Money Market Portfolo (X) | B | Int./Div. | | T | Exempt | | | | |
| 79. - Fidelity 500 Index Premium Fund (X) | G | Int./Div. | P1 | T | Exempt | | | | |
| 80. - Fidelity U.S. Bond Index Premium Class (X) | C | Int./Div. | M | T | Exempt | | | | |
| 81. - Fidelity New York Muni Income (X) | A | Int./Div. | K | T | Exempt | | | | |
| 82. | | | | | | | | | |
| 83. HEALTH SAVINGS ACCOUNT (H) | | | | | | | | | |
| 84. -Fidelity FDIC Insured Money Sweep (X) | A | Interest | K | T | Exempt | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. LONG TERM CARE - WHOLE LIFE INSURANCE - Mass Mutual Life Ins. Co. (X) | A | Interest | O | T | Exempt | | | | |
| 87. | | | | | | | | | |
| 88. U.S. FEDERAL INFLATION BONDS (X) | D | Interest | O | T | Exempt | | | | |
| 89. | | | | | | | | | |
| 90. MUNICIPAL BONDS (H) | | | | | | | | | |
| 91. -NYC Municipal Waterfinance Auth. Water and Sewers 06/15/22 (X) | D | Int./Div. | M | T | Exempt | | | | |
| 92. -New Jersey St. Transportation Tr. Fd. 6/15/2019 (X) | C | Int./Div. | L | T | Exempt | | | | |
| 93. -Utility Debt Securitzation 6/15/2024 (X) | C | Int./Div. | L | T | Exempt | | | | |
| 94. -Port Authority NY&NJ Consolidated BDS 12/12018 (X) | D | Int./Div. | M | T | Exempt | | | | |
| 95. -Fort Myers Fla 12/1/2026 (X) | C | Int./Div. | L | T | Exempt | | | | |
| 96. - Erie County NY Fiscal Stability Ref-Sales Tax 5/15/2022 (X) | C | Int./Div. | L | T | Exempt | | | | |
| 97. -Metropolitan Transp. Auth. NY Rev. and Ref. Bds (11/15/2024) (X) | D | Int./Div. | L | T | Exempt | | | | |
| 98. -Triborough Brdg & Tunl Auth. 11/15/2025 (X) | D | Int./Div. | M | T | Exempt | | | | |
| 99. -Metropolitan Transp. Authority NY 11/15/2025 (X) | C | Int./Div. | M | T | Exempt | | | | |
| 100. -Erie Cty NY Indl Dev Agy Schfac Rev City Sch Dist Buffalo 5/1/2031(X) | D | Int./Div. | M | T | Exempt | | | | |
| 101. -NY NY CityTransitional Future Tax 11/1/2022 (X) | D | Int./Div. | M | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/20/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -Erie Cty NY Indl Dev Agy 5/1/2024 (X) | D | Int./Div. | L | T | Exempt | | | | |
| 103. NY NY GO 10/1/2024 (X) | D | Int./Div. | M | T | Exempt | | | | |
| 104. -NY St. Twy Auth St Persi State Personal 3/15/2018 (X) | C | Int./Div. | L | T | Exempt | | | | |
| 105. -Brookhaven NY GO 3/15/2025 4% (X) | C | Int./Div. | L | T | Exempt | | | | |
| 106. -Brookhaen NY GO 3/15/2025 5% (X) | B | Int./Div. | M | T | Exempt | | | | |
| 107. -NY NY GO Bonds Series B 8/1/2022 (X) | C | Int./Div. | L | T | Exempt | | | | |
| 108. -NY NY City Tr Cultural Rev Bonds 2/1/2023 (X) | C | Int./Div. | L | T | Exempt | | | | |
| 109. -Brooklyn Arena Local Dev Corp Pilot Rev Bonds 7/15/2040 (X) | D | Int./Div. | L | T | Exempt | | | | |
| 110. -Triborough Bridge & Tunnel Auth Y Gen Purp Rev 1/1/2021 (X) | D | Int./Div. | L | T | Exempt | | | | |
| 111. -NY St Dorm Auth Rev 7/1/2024 (X) | C | Int./Div. | M | T | Exempt | | | | |
| 112. -NY St Dorm Auth Rev 7/1/2025 (X) | A | Int./Div. | M | T | Exempt | | | | |
| 113. -Peru NY Cent Sch Dist Dist Rfdg G/O BK-QLFD 6/15/2019 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 114. -Cook & Will Cntys Ill Cmntyco GO Ltd Cmty 12/1/2017 (X) | C | Int./Div. | M | T | Exempt | | | | |
| 115. -Houston Tex Indpt Sch Dist Ltd Tax Ref Bds 6/1/2029 (X) | C | Int./Div. | O | T | Exempt | | | | |
| 116. -Northside Tx Indep ScGO 6/1/2047 (X) | D | Int./Div. | O | T | Exempt | | | | |
| 117. -Jonesville Mich Cmnty Schs GO Ref Bds 5/1/2018 (X) | C | Int./Div. | M | T | Exempt | | | | |
| 118. -NJ St Hsg&Mtg Fanag Rev Bds 5/1/2018 (X) | C | Int./Div. | N | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -Burke Cnty Ga Dev Auth Pollution Control Rev 10/1/2032 | D | Int./Div. | M | T | Exempt | | | | |
| 120. -Bay Area Toll Auth Calif Toll Rev Bds 4/1/2047 (X) | C | Int./Div. | N | T | Exempt | | | | |
| 121. -Missouri St Ctfs Partn Ref Cops 10/1/2018 (X) | D | Int./Div. | O | T | Exempt | | | | |
| 122. -Metropolitan Govt Nashville & Collateralized Multifamily 4/1/2019 (X) | D | Int./Div. | O | T | Exempt | | | | |
| 123. -North Tonawanda NY Various Purp Serial Bds 4/1/2019 (X) | C | Int./Div. | M | T | Exempt | | | | |
| 124. -Louisville & Jefferson Cnty Me Rev 10/1/2033 (X) | B | Int./Div. | M | T | Exempt | | | | |
| 125. -Schenectady NY Metroplex Dev Auth Gen Res Rev 9/15/2017 (X) | D | Int./Div. | M | T | Exempt | | | | |
| 126. -Rogers Cnty Okla Edl Facs Auth Lease Rev Bds 9/1/2017 (X) | C | Int./Div. | M | T | Exempt | | | | |
| 127. -Montana St Brd Invt Rev-Annual 3/1/2035 (X) | C | Int./Div. | N | T | Exempt | | | | |
| 128. -Indiana St Fin Auth Environmental Impt 5/1/2037 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 129. -Cleveland Cnty Okla Indpt Sch GO Combined Purp Bds 3/1/2018 (X) | A | Int./Div. | M | T | Exempt | | | | |
| 130. -Lehigh Cnty Pa Indl Dev Auth HP Rev Ref Bds 9/1/2029 (X) | C | Int./Div. | | T | Exempt | | | | |
| 131. -Floyd Cnty Ky Pub PPTYS Corp Rev 9/1/2018 (X) | D | Int./Div. | O | T | Exempt | | | | |
| 132. -S Cent Regl Med Ctr Rev 3/1/2020 (X) | C | Int./Div. | O | T | Exempt | | | | |
| 133. -Parmer Cty Tex Hosp Dist Ltd Tax GO Ref Bdds 2/5/2019 (X) | E | Int./Div. | O | T | Exempt | | | | |
| 134. -Northern York Cty PA Sch Dist G/O Bk-Qlfd Bds 8/15/2018 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 135. -Madison & St. Clair Cntys Ills GO 2/1/2018 (X) | D | Int./Div. | N | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -Dickinson Tex Indpt Sch Distvar rt Ultd Tax Ref 8/1/2037 (X) | C | Int./Div. | O | T | Exempt | | | | |
| 137. -Wash Cnty Minn Multi Family Hsg Rev Bds 2/1/2018 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 138. -Fort Bend Tex Indpt Scho Distf Var Rt Ultd 8/1/2040 (X) | C | Int./Div. | N | T | Exempt | | | | |
| 139. -Will Cty Ill Sch Dist No 88A Ref Sch 1/1/2018 (X) | E | Int./Div. | | T | Exempt | | | | |
| 140. -Central Fla Expwy Auth Sr Lien 1/1/2019 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 141. -Chicago Ill OHare Intl Arptr Rev Ref Bds 1/1/2019 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 142. -NY St Dorm Auth Revsnon Rev Bds 7/1/2020 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 143. -NY St. Dorm Auth Revsnon Rev Bds 7/1/2018 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 144. -Cleveland Cnty Okla Edl Facsa Lease Rev Bds 6/1/2017 (X) | D | Int./Div. | M | T | Exempt | | | | |
| 145. -NJ Hsg & Mtg Fin Agy Multifamily Conduit Rev Bds 12/1/2018 (X) | C | Int./Div. | N | T | Exempt | | | | |
| 146. -Avondale Mich Sch Dist Ref Taxable Bds 5/1/2017 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 147. -Jonesville Mich Cmnty Schs GO Ref Bds 5/1/2018 (X) | D | Int./Div. | M | T | Exempt | | | | |
| 148. -Williamston Mich Cmnty Schssc Utld Tax GO Bds (X) | E | Int./Div. | N | T | Exempt | | | | |
| 149. -NJ St Hg & Fin Ag Rev Bds 5/1/2018 (X) | B | Int./Div. | N | T | Exempt | | | | |
| 150. -Alamito Pub Facs Corp Texmult Rev Bds 10/1/2018 (X) | D | Int./Div. | | T | Exempt | | | | |
| 151. -North Carolina Cap Facs Finag Rev Ref Bds 4/1/2017 (X) | D | Int./Div. | M | T | Exempt | | | | |
| 152. -District of Columbia Hsg Fin Agy Collaterad MultiFamHsg 9/1/2017 (X) | D | Int./Div. | O | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lehrburger, Robert W. | 05/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -Normandy MO Sch Dist GO Bds 3/1/2018 (X) | C | Int./Div. | | T | Exempt | | | | |
| 154. -Genesee Cnty NY GO Pub Impt Bds 8/15/2017 (X) | E | Int./Div. | | T | Exempt | | | | |
| 155. -Pulaski Cnty Ky Pub Libr Dist GO Ref Bds 2/1/2017 (X) | D | Int./Div. | O | T | Exempt | | | | |
| 156. -Noblesville Ind Multi Sch Bldg First Mtg Ref Bds 715/2017 (X) | E | Int./Div. | | T | Exempt | | | | |
| 157. -Jersey City NJ Bans 12/9/2016 (X) | B | Int./Div. | M | T | Exempt | | | | |
| 158. -Kent Wash Ltd Tax GO Ref Bds 12/1/2016 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 159. -McLean Cnty Ill Pub Bldg Comm Pub Bldg Rev Bds 12/1/2016 | D | Int./Div. | N | T | Exempt | | | | |
| 160. -Grosse Ile Twp Mich Sch Dist GO Ref Bds 5/1/2017 (X) | E | Int./Div. | | T | Exempt | | | | |
| 161. -Hartland Mich Cons Sch Dist Ref Bdds 5/1/2017 (X) | E | Int./Div. | | T | Exempt | | | | |
| 162. -Florida St Mun Ln Council Infr Rev 8/15/2016 (X) | A | Int./Div. | K | T | Exempt | | | | |
| 163. -Okaloosa Cnty Fla Sch Bd Ctfspartan Master Lease Pg 7/1/2106 (X) | C | Int./Div. | M | T | Exempt | | | | |
| 164. -NY St Dorm Auth Revsnon Reb Bds 7/1/2041 (X) | E | Int./Div. | N | T | Exempt | | | | |
| 165. -Moravia NY Cent Sch Distform Sch Dist Bds 6/15/2016 (X) | B | Int./Div. | M | T | Exempt | | | | |
| 166. -West Hanover Twp Pa Wtr & Swr Auth Dauphin Cty 5/15/2016 (X) | C | Int./Div. | N | T | Exempt | | | | |
| 167. -Convention Ctr Auth RI Rev Ref Rev Bds 5/15/2016 (X) | C | Int./Div. | M | T | Exempt | | | | |
| 168. -Cuba-Rushford NY Cent Sch Dis GO Ref Bds 5/15/2016 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 169. -Charles Stewart Mott Cmnty Col GO Ref Bds 5/1/2016 (X) | D | Int./Div. | | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -Gibraltar Mich Sch Dist GO Ref Bds 5/1/2016 (X) | F | Int./Div. | | T | Exempt | | | | |
| 171. -Eastern Camden Cty NJ Regls Ref Bds 8/1/2016 (X) | D | Int./Div. | | T | Exempt | | | | |
| 172. -Will & Kendall Cntys Ill Cmnty GO Sch Bldg Bds 1/1/2016 (X) | D | Int./Div. | N | T | Exempt | | | | |
| 173. -Mississippi Business Fin Corp Rev Bds 3/1/2029 (X) | A | Int./Div. | | T | Exempt | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI: I have an American Express card and have had an Amex card for over 20 years. My monthly balance has exceede $10,000 at times. At the end of the reporting period (Dec. 2017), I do not know what my balance was at that time. Regardless, I pay every Amex bill on time and promptly paid whatever balances I had for year end 2017 (ie, month of December).

Part VII:

1) With respect to mineral interests owned by me and the Trusts listed in Section VII (rows 6, 18, 30, 73):

   a) These interests are variously located in the following Texas counties: Atasoca; Crockett; Hardeman; Midland; Reagan; Stonewall; and Upton.

   b) The companies that lease these mineral interests and pay royalties and/or bonuses on those interests are variously: Apache Corporation; Buffco Production; Centralia Permian; Chevron Corporation; Clayton Williams Energy, Inc; Clear Fork, Incorporated Oil; Concho Oil and Gas Operating, LLC; EOG Resources; Encana Corporation; Endeavor Technology; Enterprise Products; Holly Frontier Corporation; Hunt Oil and Gas; J. Cleo Thompson Petroleum; J. M. Cox Resources; Kinder Morgan; Legacy Reserves LP; LPC Crude Oi; MLC Operating, LP; Noble Energy; Osbron Heirs Company, Ltd.; Parsley Energy; Pioneer Natural Resources; Pitts Oil Copmany, LLC; Plains Marketing, LP; Quattro Exploration and Production, Ltd.; Reliance Energy; Royal Dutch Shell; Sunoco LP; Summit Petroleum, LLC; Vanco Oil and Gas Corporation; Vanguard Natural Resources; WTG Gas Processing, L.P.; XOG Operating, LLC; XTO Energy.

2) Federal Inflation Protection Bonds (row 88): The income category is an estimate. Could not determine income specific to the reporting period. The actual income for the reporting period may be one level below the reported level.

3) All line items for which the "value at end of reporting period" is a BLANK: indicates that the item had zero value at end of the reporting period because it had been sold at an earlier date.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert W. Lehrburger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544